

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2022

No. 04-22-00120-CR

Jace Vincent **MEAGHER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR9095
Honorable Stephanie R. Boyd, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

It is so **ORDERED** on May 25, 2022.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2022.

Michael A. Cruz, Clerk of Court